```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                           Case No. 17-04467-HWV
Tammy S D'Amore                                                  Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi              Page 1 of 1                  Date Rcvd: Nov 27, 2017
                              Form ID: ntnew341            Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db             +Tammy S D'Amore,    4 Montadale Drive,    Dillsburg, PA 17019-9103
4985319        +Chase/Bank One Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
4985320         Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
4985323        +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
4985325         PNC Bank Mortgage Services,    PO Box 8703,    Dayton, OH 45401-8703
4985327        +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
4985330        +Univesity Accounting SE,    PO Box 918,    Brookfield, WI 53008-0918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4985321         E-mail/Text: cio.bncmail@irs.gov Nov 27 2017 18:51:39      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
4985322        +E-mail/Text: unger@members1st.org Nov 27 2017 18:51:57      Members 1st Federal Credit Union,
                 5000 Louise Drive,    P.O. Box 40,    Mechanicsburg, PA 17055-0040
4986067        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2017 18:58:54
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4985326         E-mail/Text: bankruptcynotices@psecu.com Nov 27 2017 18:51:54      PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
4985328         E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2017 18:52:53      SYNCB/Ebates,    PO Box 965024,
                 Orlando, FL 32896-5024
4985329        +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2017 18:52:44      Synchrony Bank/HH Gregg,
                 PO Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4985324*        PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Johanna Hill Rehkamp    on behalf of Debtor 1 Tammy S D'Amore jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Tammy S D'Amore
Debtor(s)

Chapter 13

Case No. 1:17−bk−04467−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: January 11, 2018<br>Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: karendavis, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: November 27, 2017