```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                       Case No. 17-04467-HWV
Tammy S D'Amore                                              Chapter 13
       Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-1      User: karendavi           Page 1 of 1          Date Rcvd: Jan 22, 2018
                          Form ID: ntcnfhrg         Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2018.
```
db            +Tammy S D'Amore,    4 Montadale Drive,    Dillsburg, PA 17019-9103
4985319       +Chase/Bank One Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
4985320        Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
4985323       +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
4985325        PNC Bank Mortgage Services,    PO Box 8703,    Dayton, OH 45401-8703
4985327       +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
5001586        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
4985330       +Univesity Accounting SE,    PO Box 918,    Brookfield, WI 53008-0918
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4985321        E-mail/Text: cio.bncmail@irs.gov Jan 22 2018 18:54:00     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
4985322       +E-mail/Text: unger@members1st.org Jan 22 2018 18:54:18     Members 1st Federal Credit Union,
                5000 Louise Drive,    P.O. Box 40,    Mechanicsburg, PA 17055-0040
4986067       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2018 18:59:00
                PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
4985326        E-mail/Text: bankruptcynotices@psecu.com Jan 22 2018 18:54:16     PSECU,    PO Box 67013,
                Harrisburg, PA 17106-7013
4985328        E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2018 18:53:47     SYNCB/Ebates,    PO Box 965024,
                Orlando, FL 32896-5024
4985329       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2018 18:53:43     Synchrony Bank/HH Gregg,
                PO Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4985324*       PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
                                                                                 TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:
```
              Brett Alan Solomon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bsolomon@tuckerlaw.com, dparanay@tuckerlaw.com;agilbert@tuckerlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Tammy S D'Amore jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Tammy S D'Amore
Debtor(s)

Chapter 13

Case No. 1:17−bk−04467−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**February 21, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: February 28, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 22, 2018 |