UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                            :
                                                  :        CASE NO. 1:17-bk-04467-HWV
TAMMY S. D'AMORE                                  :
           Debtor                                 :        CHAPTER 13

## ENTRY AND WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Cunningham, Chernicoff & Warshawsky, P.C and Johanna H. Rehkamp, Esquire, as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021                    CUNNINGHAM CHERNICOFF &
                                           WARSHAWSKY, P.C.

                                           By:    /s/ Johanna H. Rehkamp
                                                  Johanna H. Rehkamp, Esquire
                                                  Cunningham & Chernicoff, P.C.
                                                  2320 North Second Street
                                                  Harrisburg, PA 17110
                                                  (717) 238-6570
                                                  jhr@cclawpc.com

Kindly enter the appearance of Robert E. Chernicoff, Esquire and Cunningham, Chernicoff & Warshawsky, P.C., as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021                    CUNNINGHAM CHERNICOFF &
                                           WARSHAWSKY, P.C.

                                           By:    /s/ Robert E. Chernicoff
                                                  Robert E. Chernicoff, Esquire
                                                  2320 North Second Street
                                                  P. O. Box 60457
                                                  Harrisburg, PA 17106-0457
                                                  (717) 238-6570
                                                  rchernicoff@cclawpc.com