United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                          Case No. 17-04467-HWV

Tammy S D'Amore                                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                                    Page 1 of 2

Date Rcvd: Dec 13, 2022                            Form ID: fnldec                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

**Recip ID                          Recipient Name and Address**
db                           +    Tammy S D'Amore, 4 Montadale Drive, Dillsburg, PA 17019-9103

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022                            Signature:                 /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:**

**Name                                    Email Address**

Brett Alan Solomon
                      on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com

Brian Nicholas
                      on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Jack N Zaharopoulos (Trustee)
                      TWecf@pamd13trustee.com

James Warmbrodt
                      on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Robert E Chernicoff
                      on behalf of Debtor 1 Tammy S D'Amore rec@cclawpc.com  jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com

United States Trustee
                      ustpregion03.ha.ecf@usdoj.gov

District/off: 0314-1

Date Rcvd: Dec 13, 2022

TOTAL: 6

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tammy S D'Amore,                                Chapter          13

    **Debtor 1**
                                                Case No.         1:17−bk−04467−HWV

Social Security No.:

                xxx−xx−4158

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  December 13, 2022

**fnldec** (01/22)